# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 17-46791-TJT | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|
| Case Name: | ENGLUND, LOUIS | Date Filed (f) or Converted (c): | 05/03/2017 (f) |
| For the Period Ending: | 7/14/2017 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 610 South Macomb Street Manchester, MI - 48158-0000 Washtenaw County | $179,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 2 | 2014 Jeep Patriot lease interest only | $0.00 | $0.00 | | $0.00 | FA |
| 3 | 2015 Ford F150 lease interest only | $0.00 | $0.00 | | $0.00 | FA |
| 4 | 1989 BWM 325i | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | furniture, appliances, misc household goods, riding lawn mower | $5,000.00 | $0.00 | | $0.00 | FA |
| 6 | 4 TVs, 2 computer | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | misc clothing | $500.00 | $0.00 | | $0.00 | FA |
| 8 | watch | $20.00 | $0.00 | | $0.00 | FA |
| 9 | 2 dogs - sentimental value only | $0.00 | $0.00 | | $0.00 | FA |
| 10 | checking and savings Comerica | $35.00 | $0.00 | | $0.00 | FA |
| 11 | U of M Credit Union - will be frozen upon filing | $0.00 | $0.00 | | $0.00 | FA |
| 12 | MI Comm Credit Union - will be frozen upon filing | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Community Choice Credit Union - will be frozen upon filing | $0.00 | $0.00 | | $0.00 | FA |
| 14 | retirement (1/2 to be transferred to ex-wife via QDRO) U of M | $88,000.00 | $0.00 | | $0.00 | FA |
| 15 | Term life insurance with U of M Jessica and Stephanie Englund | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $276,555.00 | $5,000.00 | | $0.00 | $5,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**
07/14/2017     Trustee is investigating value of real estate.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/03/2020 | /s/ DOUGLAS S. ELLMANN |
| **Current Projected Date Of Final Report (TFR):** | 05/03/2020 | DOUGLAS S. ELLMANN |